# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RACQUEL LEWIS-DAVIS** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **JEFFERSON HOSPITAL - FRANKFORD CAMPUS, STEPHEN K. KLASKO, MD, MBA, PRESIDENT, CEO, and STEPHEN HANNEKEN, PAC** | : : : : | NO. 21-3788 |

## ORDER

**NOW,** this 31st day of August, 2021, upon consideration of the plaintiff's Complaint (Document No. 1), it is **ORDERED** that this action is **DISMISSED** for lack of subject matter jurisdiction.

/s/ Timothy J. Savage  
TIMOTHY J. SAVAGE, J.